**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Thomas Dege, Loren Schmeling, Jafar Bihi, Farhia Hassan, and Ahmed Ahmed,

      Plaintiffs,

v.

Hutchinson Technology, Inc.,

      Defendant.

Civil No. 06-3754 (DWF/RLE)

**ORDER**

---

Gordon H. Hansmeier, Esq., Gregory J. Haupert, Esq., and Troy A. Poetz, Esq., Rajkowski Hansmeier Ltd; and William L. Moran, Esq., Murnane Brandt, PA, counsel for Plaintiffs.

David J. Goldstein, Esq., Steven R. Anderson, Esq., and Daniel N. Lovejoy, Esq., Faegre & Benson LLP, counsel for Defendant.

---

Pursuant to the stipulated submission of the parties, the Court hereby approves the Notice of Collective Action Claims Under the Fair Labor Standards Act and Plaintiff Consent Form attached as Exhibits A and B, respectively.


Dated: April 18, 2007        s/Donovan W. Frank
                                       DONOVAN W. FRANK
                                       Judge of United States District Court